UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI QUINONES,

        Plaintiff,

v.

J.P. MORGAN CHASE BANK, N.A., et al.,

        Defendants.

Case No.  14-cv-01948-VC

**ORDER STAYING PROCEEDINGS ON MOTION TO DISMISS**

Proceedings on the motion to dismiss are stayed pending the outcome of the ADR assessment conference.  The hearing on the motion to dismiss is vacated, and the plaintiff is not required to file a response to the motion at this time.  After the ADR unit advises the Court of the outcome of the assessment conference, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: May 27, 2014

_____
VINCE CHHABRIA
United States District Judge