UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI QUINONES,<br><br>   Plaintiff,<br><br>  v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>   Defendants. | Case No. 14-cv-01948-VC<br><br>**ORDER EXTENDING STAY OF PROCEEDINGS ON MOTION TO DISMISS** |

Proceedings on the motion to dismiss continue to be stayed pending the outcome of the ADR phone conference to be held on July 21, 2014. After the ADR unit advises the Court of the outcome of that conference, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: June 19, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI QUINONES,<br><br>        Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>        Defendants. | Case No.  14-cv-01948-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 6/19/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lori  Quinones
5221 Stoneham Court
Dublin, CA 94568


Dated: 6/19/2014

                                       Richard W. Wieking
                                       Clerk, United States District Court

                                       By:_____
                                       Kristen Melen, Deputy Clerk to the
                                       Honorable VINCE CHHABRIA