UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI QUINONES,

    Plaintiff,

    v.

J.P. MORGAN CHASE BANK, N.A., et al.,

    Defendants.

Case No.  14-cv-01948-VC

**ORDER EXTENDING STAY**

Proceedings on the motion to dismiss continue to be stayed pending the outcome of the ADR phone conference to be held on August 18, 2014.  After the ADR unit advises the Court of the outcome of that conference, the Court will issue a further scheduling order.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____

VINCE CHHABRIA  
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI QUINONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J.P. MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01948-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 7/22/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lori  Quinones
5221 Stoneham Court
Dublin, CA 94568


Dated: 7/22/2014


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA